Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
DELANA MONIQUE ABBETT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANA MONIQUE ABBETT ) | Case No.: 1:13-CV-01149-SMS |
| ) Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security. ) | |
| ) Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including, February 12, 2014, in which to send Plaintiff's letter brief to Defendant; that Defendant shall have until March 19, 2014, to send their response. IT IS SO ORDERED.


DATED: 1/15/2014          /s/ SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE JUDGE

-1-