Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Delana Monique Abbett

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| DELANA MONIQUE ABBETT, | ) Case No.: 1:13-CV-01149-SMS |
| | ) |
| Plaintiff, | ) ORDER OF  DISMISSAL |
| | ) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.


DATE:  <u>1/23/2014</u>           /s/ SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE